

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00458-CV

Axelle Francine **PARKER**,
Appellant

v.

William A. **PARKER** II,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15237
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against Appellant Axelle Francine Parker.

SIGNED January 20, 2021.

_____
Liza A. Rodriguez, Justice